# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER SCHEDULING DETENTION** |
| Plaintiff, | ) | **HEARING** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:16-cr-052 |
| David Edward Nelson, | ) | |
| | ) | |
| Defendant. | ) | |

On July 6, 2020, defendant made his initial appearance telephonically on a petition for revocation of his supervised release conditions. On motion by the United States, the court shall schedule a detention hearing for defendant on July 8, 2020, at 3:30 p.m. in Bismarck (Eagle Courtroom). In light of the current pandemic and given that defendant is presently self-quarantined, the court shall continue defendant on his existing conditions of supervision pending his detention hearing.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court