# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| David Edward Nelson, | ) | Case No. 1:16-cr-052 |
| | ) | |
| Defendant. | ) | |

On July 6, 2020, defendant made his initial appearance on a petition for action on his conditions of supervised release. He was subsequently released subject tot his existing conditions of supervised release pending a detention hearing on July 8, 2020.

In light of the current COVID-19 pandemic and given defendant's statements at his initial appearance that he is symptomatic and currently self-quarantining at his residence awaiting test results, the court finds there is good cause to continue the detention hearing. Accordingly, defendant's detention hearing shall be rescheduled for July 17, 2020, at 11:30 a.m. in Bismarck Courtroom 2 to Fargo ADR (via video). In the interim, defendant remains subject to and shall comply with his existing conditions of supervised release.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court